| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ Chapter **11** | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy        06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **7233 Los Pinos, LLC** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **99-2101477** | |
| 4. | **Debtor's address** | **Principal place of business** **299 Alhambra Circle Suite 510 Miami, FL 33134** Number, Street, City, State & ZIP Code **Miami-Dade** County | **Mailing address, if different from principal place of business** **7233 Los Pinos Boulevard, Miami, FL 33143** P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ | |

| Official Form 201 | **Voluntary Petition for Non-Individuals Filing for Bankruptcy** | page 1 |
|---|---|---|

Debtor  **7233 Los Pinos, LLC**  
Name

Case number (*if known*)

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 2

Debtor  **7233 Los Pinos, LLC**                                                                                        Case number (*if known*)
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**   *Check all that apply:*
- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes.  Insurance agency _____
         Contact name _____
         Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**   *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**
- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ■ $0 - $50,000
- ☐ $1,000,001 - $10 million
- ☐ $500,000,001 - $1 billion

Official Form 201                   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                          page 3

Debtor    **7233 Los Pinos, LLC**                                          Case number (*if known*)
         Name

|  |  |  |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case 24-12797-RAM    Doc 1    Filed 03/25/24    Page 4 of 8

Debtor **7233 Los Pinos, LLC**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 25, 2024**
MM / DD / YYYY

X **/s/ Rishi K. Kapoor**  **Rishi K. Kapoor**
Signature of authorized representative of debtor    Printed name

Title **Authorized Representative**

**18. Signature of attorney**

X **/s/ Mark S. Roher**  Date **March 25, 2024**
Signature of attorney for debtor    MM / DD / YYYY

**Mark S. Roher**
Printed name

**Law Office of Mark S. Roher, P.A.**
Firm name

**1806 N. Flamingo Road**
**Suite 300**
**Pembroke Pines, FL 33028**
Number, Street, City, State & ZIP Code

Contact phone **(954) 353-2200**    Email address **mroher@markroherlaw.com**

**178098 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **7233 Los Pinos, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AM Studio Design LLC** 1200 NE 97th St. Miami, FL 33138 | | **7233 Los Pinos Blvd., Coral Gables, FL 33134** **Debtor has obtained a Broker's Value Opinion valuing the property in excess of $8 Million.** | | **Unknown** | **$5,638,969.00** | **Unknown** |
| **Arras Corp dba Arras Air Conditioning** 255 NE 69th St. Unit B Miami, FL 33138 | | **7233 Los Pinos Blvd., Coral Gables, FL 33134** **Debtor has obtained a Broker's Value Opinion valuing the property in excess of $8 Million.** | | **Unknown** | **$5,638,969.00** | **Unknown** |
| **Italkraft** 2900 NW 77th Ct. Doral, FL 33122 | | **Kitchen and bar cabinetry** | | | | $0.00 |
| **J&P Tiles, Inc.** 9830 SW 77th Ave. #105 Miami, FL 33156 | | **Tiles** | **Disputed** | | | $0.00 |

Debtor  **7233 Los Pinos, LLC**    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Los Pinos Acquistion, LLC** **2511 Anderson Road** **Miami, FL 33134** | | **7233 Los Pinos Blvd., Coral Gables, FL 33134** **Debtor has obtained a Broker's Value Opinion valuing the property in excess of $8 Million.** | **Unliquidated Disputed** | **Unknown** | **$5,638,969.00** | **Unknown** |
| **Paramount Finishes LLC** **6555 Powerline Rd. Suite 311** **Fort Lauderdale, FL 33309** | | **7233 Los Pinos Blvd., Coral Gables, FL 33134** **Debtor has obtained a Broker's Value Opinion valuing the property in excess of $8 Million.** | | **Unknown** | **$5,638,969.00** | **Unknown** |
| **The Piso Project LLC** **1825 Ponce De Leon Blvd.** **Suite 65** **Miami, FL 33138** | | **7233 Los Pinos Blvd., Coral Gables, FL 33134** **Debtor has obtained a Broker's Value Opinion valuing the property in excess of $8 Million.** | | **Unknown** | **$5,638,969.00** | **Unknown** |

```
AM Studio Design LLC
1200 NE 97th St.
Miami, FL 33138


Arras Corp
dba Arras Air Conditioning
255 NE 69th St.
Unit B
Miami, FL 33138


Italkraft
2900 NW 77th Ct.
Doral, FL 33122


J&P Tiles, Inc.
9830 SW 77th Ave.
#105
Miami, FL 33156


Jason R. Alderman, Esq.
The Alderman Law Firm
9999 NE 2nd Ave., Suite 211
Miami, FL 33138


Los Pinos Acquistion, LLC
2511 Anderson Road
Miami, FL 33134


Paramount Finishes LLC
6555 Powerline Rd.
Suite 311
Fort Lauderdale, FL 33309


The Piso Project LLC
1825 Ponce De Leon Blvd.
Suite 65
Miami, FL 33138
```