## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:                                                    Case No. 24-12797-RAM

7233 LOS PINOS, LLC                                       Chapter 11

      Debtor.

_____/

## EMERGENCY JOINT MOTION OF RECEIVER BERNICE LEE AND CREDITOR LOS PINOS ACQUISITION, LLC TO CONTINUE HEARING ON MAY 15, 2024, -OR- FOR OTHER ALTERNATIVE RELIEF DUE TO SCHEDULING CONFLICT IN THE SEC LITIGATION

### *EMERGENCY HEARING REQUESTED*

**Movants request this motion be addressed on an emergency basis because of a scheduling conflict between hearings scheduled by this Court for May 15, 2024 and the District Court's scheduling of a hearing in the related SEC case on the same date. Movants reasonably believe this matter must be heard prior to May 15, 2024. Movants certify that they have made a bona fide effort to resolve the matter without hearing but are unable to do so because it involves the continuance of a matter set for hearing by this Court.**

Bernice C. Lee, as Receiver ("Receiver") over the companies listed herein (the "Receivership Companies"),[1] and Creditor, Los Pinos Acquisition, LLC ("Acquisition") (Receiver and Acquisition together are the "Movants"), jointly move this Court for a continuance of the evidentiary hearing set for May 15, 2024, at 9:30 a.m. [ECF No. 35], or for other alternative relief from a conflict that has arisen due to the setting of a hearing in the case styled *Securities and*

---

[1] The "Receivership Companies" include: Location Ventures, LLC, URBIN, LLC, Patriots United, LLC; Location Properties, LLC; Location Development, LLC; Location Capital, LLC; Location Ventures Resources, LLC; Location Equity Holdings, LLC; Location GP Sponsor, LLC; 515 Valencia Sponsor, LLC; LV Montana Sponsor, LLC; URBIN Founders Group, LLC; URBIN CG Sponsor, LLC; 515 Valencia Partners, LLC; LV Montana Phase I, LLC; Stewart Grove 1, LLC; Stewart Grove 2, LLC; Location Zamora Parent, LLC; URBIN Coral Gables Partners, LLC; URBIN Coconut Grove Partners, LLC; URBIN Miami Beach Partners, LLC; and URBIN Miami Beach II Phase 1, LLC. The terms "Receivership Defendants" and "Company Defendants" are also used in certain places for the same entities.

*Exchange Commission v. Kapoor, et al.*, Case No. 23-cv-24903-JB ("SEC Litigation") in the United States District Court for the Southern District of Florida ("District Court").

## SUMMARY

1.      Having read significant briefings of the parties, as well as conducted a lengthy case management conference, this Court is familiar with the related SEC Litigation. Accordingly, Movants will not burden this Court with unnecessary recitations of the record.

2.      As explained below, Movants seek on an emergency basis a continuance of the hearing on various motions set for evidentiary hearing on May 15, 2024 commencing at 9:30 a.m. (the "Bankruptcy Hearing") due to the District Court scheduling an important and time-sensitive hearing on May 15, 2024 on matters unrelated to Debtor. See SEC DE#131 (attached as Exhibit "A").

3.      Movants and their counsel are available through May 21, 2024. Counsel for Acquisition, however, is physically unavailable May 21 through June 5, 2024, as he is attending and a speaker at the Florida Bar Small Law Firm Section's annual retreat in Spain. To the extent that the Court cannot accommodate Acquisition's counsel by setting the hearing prior to May 21, 2024, Acquisition's counsel can and will make himself available via zoom from Spain.

## RELEVANT PROCEDURAL BACKGROUND

4.      Receiver is the receiver over the Receivership Company Stewart Grove 1, LLC ("Stewart Grove"). Stewart Grove is a single purpose entity that owns a luxury property under construction located in Coconut Grove, Florida (the "Stewart Property"). The Stewart Property is under a contract for sale at the sale price of $17,500,000. The contract requires SEC Litigation Court approval. To that end, Receiver filed in the SEC Litigation *Receiver's Expedited Motion to*

*Approve Sale Free and Clear and Related Settlement Agreement and Lien Claims Process*. ("Stewart Sale Motion"). See SEC DE#128.

5.       Counsel for Acquisition represents 3610 Stewart Acquisitions, LLC ("Stewart Lender"), the first position lender on the Stewart Property.  Relevant here, a junior lienor on the Stewart Property, Martin I. Halpern (as trustee for a family trust), has moved to intervene into the SEC Litigation in order to, among other things, file an objection to the Stewart Sale Motion ("Motion to Intervene").  *See* SEC DE#130.

6.       The District Court has entered an Order that sets (1) an expedited briefing schedule to respond to the Motion to Intervene by May 14, 2024, and (2) an in person hearing on the Motion to Intervene for May 15, 2024 at 1:00 p.m. ("SEC Litigation Hearing"). (Ex. "A")

### ARGUMENT AND REQUEST

7.       Counsel for Receiver and Acquisition require a continuance of the Bankruptcy Hearing so they may devote their attention to responsive briefing to the Motion to Intervene and attend the SEC Litigation Hearing.  Due to the conflict between these two hearings, a continuance is necessary or alternative scheduling relief.  Movants' counsel can start the Bankruptcy Hearing on May 15, but request that the hearing adjourn by 11:30 a.m.  Counsel for Debtor requests that the Bankruptcy Hearing be altogether continued instead of commencing on May 15 and adjourning if necessary, this request is made because Counsel for the Debtor notes the number of witnesses disclosed by both sides and Debtor's belief that the hearings on the various motions set for the 15th will almost certainly last beyond 2 hours.  If the Court elects to start the hearing on May 15, the parties propose that no live witnesses be called on that date.

8.       Movants and their counsel are available through May 21, 2024.  As stated above, counsel for Acquisition, however, is physically unavailable between May 21 through June 5, 2024,

but to the extent the Court cannot accommodate Acquisition's counsel by setting the hearing prior to May 21, 2024, counsel can and will make himself available via zoom from Spain.

**WHEREFORE**, Movants requests this Court enter an Order continuing the Bankruptcy Hearing, or commencing the hearing on May 15 at 9:30 a.m., and adjourning at 11:30 a.m. to permit Movants to participate in the SEC Litigation Hearing as requested herein.

By: */s/ Jason R. Alderman, Esq.*
Florida Bar No. 0172375
Jason R. Alderman
The Alderman Law Firm
9999 NE 2nd Ave, Suite 211
Miami Shores, Fl 33138
jalderman@thealdermanlawfirm.com
*Counsel for Creditor Los Pinos Acquisition, LLC*

By: */s/ David L. Rosendorf, Esq.*
Florida Bar No. 996823
David L. Rosendorf
KOZYAK TROPIN & THROCKMORTON, LLP
2525 Ponce de Leon Boulevard, 9th Floor
Coral Gables, FL 33134
dlr@kttlaw.com
*Counsel for Bernice C. Lee, as Receiver*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on May 10, 2024, the CM/ECF system, which sent notification and was electronically served upon all parties in interest participating in the CM/ECF system.

By: */s/ David L. Rosendorf*
David L. Rosendorf

# EXHIBIT A

| | |
|---|---|
| **From:** | cmecfautosender@flsd.uscourts.gov |
| **Sent:** | Thursday, May 9, 2024 9:56 PM |
| **To:** | flsd_cmecf_notice@flsd.uscourts.gov |
| **Subject:** | Activity in Case 1:23-cv-24903-JB Securities and Exchange Commission v. Kapoor et al Order Setting Hearing on Motion |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

**CAUTION:** [This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.]

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 5/9/2024 at 9:56 PM EDT and filed on 5/9/2024
**Case Name:**      Securities and Exchange Commission v. Kapoor et al
**Case Number:**      1:23-cv-24903-JB
**Filer:**
**Document Number:** 131(No document attached)

**Docket Text:**
**PAPERLESS ORDER SETTING RESPONSE DEADLINE AND ORAL ARGUMENT. Oral argument on Non-Party Movants, Martin I. Halpern's, as trustee of the Martin I. Halpern Revocable Trust and as Trustee of the Halpern Family Trust, Verified Motion to Intervene for the Limited Purpose of Seeking Relief From the Court's Receivership Order (the "Motion"), ECF No. [130], is hereby SET for Wednesday May 15, 2024 at 1:00 p.m. before the undersigned at the James Lawrence King Federal Justice Building, Courtroom 10-06, 99 N.E. 4th Street, Miami, Florida 33132. The SEC and the Receiver shall file their respective Responses in Opposition to the Motion no later than Tuesday, May 14, 2024 at 9:00 a.m. Signed by Judge Jacqueline Becerra on 5/9/2024. (nsy)**

**1:23-cv-24903-JB Notice has been electronically mailed to:**

Bernice Cindy Lee    blee@kttlaw.com, rcp@kttlaw.com, ycc@kttlaw.com

David Lee Rosendorf    dlr@kttlaw.com, rcp@kttlaw.com, ycc@kttlaw.com

Francisco Armada    francisco.armada@nelsonmullins.com, alfonso.orozco@nelsonmullins.com, maria.armas@nelsonmullins.com

Fred Arthur Schwartz    fschwartz@swlawyers.law, bocaasst@swlawyers.law

Jane Serene Raskin    jraskin@raskinlaw.com, agutierrez@raskinlaw.com

Jason R. Alderman    jalderman@thealdermanlawfirm.com, jason-alderman-0923@ecf.pacerpro.com, mguanipa@thealdermanlawfirm.com, service@thealdermanlawfirm.com

John Joseph Shahady    jshahady@swlawyers.law, dambra@swlawyers.law

John Travis Houchin    houchinj@sec.gov, hoochf15@bellsouth.net

Jonathan Eric Minsker    jminsker@minskerlaw.com, autodocket@kasowitz.com, courtnotices@kasowitz.com, selzey@kasowitz.com

Jordan Abraham Cortez    landaul@sec.gov

Mark Francis Raymond    mark.raymond@nelsonmullins.com, stacy.smith@nelsonmullins.com

Paul A Humbert    eservice@pahumbertlaw.com

Raul Morales    rmorales@mmlawfl.com, aalvarez@mmlawfl.com, abousalis@mmlawfl.com, brodriguez@mmlawfl.com, csalem@mmlawfl.com, msabates@mmlawfl.com

Russell Robert O'Brien    obrienru@sec.gov, jacqmeinv@sec.gov, wardro@sec.gov

Thomas Ralph Lehman    trl@lklsg.com, ame@lklsg.com, ar@lklsg.com

William Patrick Ayers    payers@burr.com

**1:23-cv-24903-JB Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:**