

ORDERED in the Southern District of Florida on May 14, 2024.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| 7233 Los Pinos, LLC, | Case No. 24-12797-RAM |
| Debtor. _____/ | |

**ORDER GRANTING MOTION TO CONTINUE
<u>EVIDENTIARY AND NON-EVIDENTIARY HEARINGS</u>**

The Court conducted a hearing on May 13, 2024 on the Emergency Joint Motion of Receiver Bernice Lee and Creditor Los Pinos Acquisition, LLC to Continue Hearing on May 15, 2024 or for Other Alternative Relief Due to Scheduling Conflict in the SEC Litigation [DE# 74] (the "Motion to Continue") filed by Bernice C. Lee, as Receiver (the "Receiver") and Los Pinos Acquisition, LLC ("Acquisition"). For the reasons stated on the record at the hearing, the Court **ORDERS** as follows:

1. The Motion to Continue is granted.

2. The Court will conduct an evidentiary hearing on **May 22, 2024** at **9:30 a.m.** at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128 on the following matters:

   a. Creditor Los Pinos Acquisition, LLC's Expedited (1) Motion to Dismiss Bankruptcy as a "Bad Faith" Filing and for Other Grounds Constituting "Cause"; (2) Motion for Attorneys' Fees and Sanctions Against Debtor and Debtor's Principals; (3) Alternatively, Motion to Abstain; (4) Alternatively, Motion for Stay Relief, and (5) Motion for Judicial Notice [DE# 24] (the "Acquisition Motion to Dismiss") filed by Acquisition;

   b. Receiver's Motion to Dismiss Bankruptcy or Abstain [DE# 31] (the "Receiver Motion to Dismiss," and together with the Acquisition Motion to Dismiss, the "Motions to Dismiss") filed by the Receiver;

   c. Expedited Motion for Entry of an Order Pursuant to 11 USC 364 Authorizing the Debtor to Obtain Post Petition Secured Financing and Granting Related Relief [DE# 66] filed by 7233 Los Pinos, LLC (the "Debtor"); and

   d. Debtor's Amended Application for Employment of Bushchetti Realty Group as Exclusive Real Estate Broker [DE# 70] filed by the Debtor.

3. The Court will conduct a non-evidentiary hearing on **May 22, 2024** at **9:30 a.m.** at the U.S. Bankruptcy Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Courtroom 4, Miami, FL 33128 on the following matters:

   a. Final Application for Compensation of Debtor's (Former) Counsel [DE# 36] filed by Mark S. Roher, P.A. a/k/a Law Office of Mark S. Roher, P.A.; and

b.  Debtor-in-Possession's Application to Employ Isaac M. Marcushamer and the Law Firm of DGIM Law, PLLC, as Counsel Retroactive to April 15, 2024 [DE# 40] filed by the Debtor.

4. Except for Jason Alderman, Esq., all attorneys participating in the presentation of evidence, which includes examining or cross-examining witnesses, must appear in person at the evidentiary hearing.  Unless the Court enters a separate Order on a motion to allow remote testimony under Fed. R. Civ. P. 43(a), made applicable by Fed. R. Bankr. P. 9017, all witnesses must appear in person at the evidentiary hearing.

5. At the May 13th hearing on the Motion to Continue, the parties agreed that Rashi Kapoor is the only witness whose testimony may be necessary to prosecute and defend the Motions to Dismiss.

6. The parties shall meet and confer prior to the May 22nd hearing in an effort to resolve exhibit objections, taking into consideration the preliminary rulings by the Court at the May 13th hearing.  The Court will address any unresolved objections to exhibits at the start of the May 22nd hearing.

7. Although the Court will conduct the evidentiary hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone.  To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.  To register click on the following registration link or manually enter the registration link in the browser:

https://www.zoomgov.com/meeting/register/vJItceqgpjgqHXbCQPY7D8ECpYw5eYWhxl0

8. At the evidentiary hearing, the Court will <u>not</u> consider exhibits, testimony, or argument offered to establish whether the net proceeds from a sale of the Debtor's real property are subject to a tenancy by the entireties claim by Jennie Frank Kapoor or are proceeds that the Receiver (as identified in the Receiver Motion to Dismiss) will be entitled to recover as a receivership asset.

9. The primary purpose of the evidentiary hearing is to determine whether the Court should grant relief on either of the Motions to Dismiss based upon the record in certain litigation styled *SEC v. Rishi Kapoor, et al.*, Case No. 23-24903-CIV, pending in the U.S. District Court for the Southern District of Florida, as described in the Receiver's Motion to Dismiss, and in certain litigation styled *Los Pinos Acquisition, LLC v. 7233 Los Pinos LLC, et al.*, Case No. 2023-023102-CA-01, pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, as described in the Acquisition's Motion to Dismiss.

###

Copies to:

David L. Rosendorf, Esq.
Jason R. Alderman, Esq.
Isaac M. Marcushamer, Esq.
Luis Salazar, Esq.
Office of the U.S. Trustee

*Attorney Rosendorf is directed to serve a copy of this Order on all parties in interest and to file a Certificate of Service.*